IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOFFER ALLEN JOSEPHSON,<br><br>  Plaintiff,<br><br>  v.<br><br>JOYCE OLSON, et al.,<br><br>  Defendants. | No.  2:24-CV-0912-DAD-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion for leave to amend to add new claims. See ECF No. 17.

The Federal Rules of Civil Procedure provide that a party may amend his or her pleading once as a matter of course within 21 days of serving the pleading or, if the pleading is one to which a responsive pleading is required, within 21 days after service of the responsive pleading, see Fed. R. Civ. P. 15(a)(1)(A), or within 21 days after service of a motion under Rule 12(b), (e), or (f) of the rules, whichever time is earlier, see Fed. R. Civ. P. 15(a)(1)(B).  In all other situations, a party's pleadings may only be amended upon leave of court or stipulation of all the parties. See Fed. R. Civ. P. 15(a)(2).

/ / /

/ / /

/ / /

1

Here, the Court has not yet screened Plaintiff's original complaint for sufficiency and no responsive pleading or motion to dismiss has been filed. Therefore, leave of court is not required and Plaintiff may amend as-of-right. Plaintiff is cautioned, however, that if no first amended complaint is filed within the time permitted therefor, the Court will address Plaintiff's allegations as presented in the operative original complaint currently on file. Plaintiff is also informed that, because a complaint must be complete without reference to other filings, the Court cannot consider the various exhibits separate filed on the docket after the original complaint was filed. If Plaintiff wishes to file an amended complaint, any documents Plaintiff would like considered as part of that pleading must be attached.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for leave to amend, ECF No. 17, is denied as unnecessary.

2. Plaintiff may file a first amended complaint within 30 days of the date of this order.

Dated: September 19, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE