UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOFFER ALLEN JOSEPHSON,<br><br>Plaintiff,<br><br>v.<br><br>JOYCE OLSON, et al.,<br><br>Defendants. | No. 2:24-cv-00912-DAD-DMC (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER<br><br>(Doc. Nos. 4, 21) |

Plaintiff Kristoffer Allen Josephson proceeds *pro se* in this civil action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 25, 2024, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion for a temporary restraining order (Doc. No. 4) be denied because plaintiff has not shown that he is likely to succeed on the merits of his claims or that he is under any threat of irreparable harm. (Doc. No. 21 at 3.)[1] The findings and recommendations were served on plaintiff and contained notice that any objections thereto must

---

[1] The assigned magistrate judge noted that plaintiff's motion was largely "undecipherable" but contained a "one-page list of items of personal property which plaintiff claims were improperly seized." (Doc. No. 21 at 3.)

1

be filed within fourteen (14) days of service.  (*Id.*)  No objections have been filed and the time to do so has since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on September 25, 2024 (Doc. No. 21) are adopted in full;
2. Plaintiff's motion for a temporary restraining order (Doc. No. 4) is denied; and
3. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  **January 14, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE